UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOYCE TOWNSEND,

          Plaintiff,

-vs-                            Case No.  2:10-cv-59-FtM-29SPC

HOSPITAL BOARD OF DIRECTORS OF LEE
COUNTY, a political subdivision of the State of
Florida, doing business as Lee Memorial Health
System,

          Defendant.
_____

**ORDER**

This matter comes before the Court on Defendant's Motion to Allow Insurance Adjuster to Attend Mediation by Telephone (Doc. #24) filed on November 5, 2010.  Also before the Court is Plaintiff's Motion to Dispense with Mediation, Extend the Mediation Deadline, or, Alternatively, to Permit the Parties to Appear Telephonically at Mediation (Doc. #25) filed on November 5, 2010.

Defendant asserts that it has an employment liability professional insurance policy through Chartis Claims, Inc. and the insurance adjuster for this case resides in New York state.  Defendant requests that the insurance adjuster be allowed to attend the mediation conference by telephone.  For good cause shown, and because the Court thinks it would be appropriate in this matter, the Defendant's request is due to be granted and Plaintiff's request be denied.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Allow Insurance Adjuster to Attend Mediation by Telephone (Doc. #24) is **GRANTED**.

Plaintiff's Motion to Dispense with Mediation, Extend the Mediation Deadline, or, Alternatively, to Permit the Parties to Appear Telephonically at Mediation (Doc. #25) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of November, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record