**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

JOYCE TOWNSEND,

                Plaintiff,

-vs-                                          Case No.  2:10-cv-59-FtM-29SPC

HOSPITAL BOARD OF DIRECTORS OF LEE
COUNTY, a political subdivision of the State of
Florida, doing business as Lee Memorial Health
System,

                Defendant.
_____

**<u>ORDER</u>**

       This matter comes before the Court on the Plaintiff, Joyce Townsend's Unopposed Motion for Leave to File Response to Defendant's Motion for Summary Judgment in Excess of Twenty Pages and Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (Doc. #35) filed on January 20, 2011.

       The Plaintiff moves the Court to enlarge the page limit to file a response to a the Defendant's Motion for Summary Judgment up to thirty-five (35) pages.  As grounds, the Plaintiff states that the Motion for Summary Judgment is thirty-six (36) pages long, and she does not believe she can properly address all of the issues within the Court's twenty (20) page limit imposed on responsive briefs.  In addition, the Plaintiff moves the Court for an enlargement of up to and including February 11, 2011, to file her response in opposition.

Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiff conferred with the Defendant's Counsel who does not oppose the requested relief. Based upon the Plaintiff's Motion, the Court finds sufficient good cause to grant the requested relief.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Joyce Townsend's Unopposed Motion for Leave to File Response to Defendant's Motion for Summary Judgment in Excess of Twenty Pages and Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (Doc. #35) is **GRANTED**.

(1) The Plaintiff may file an enlarged Response to the Defendant's Motion for Summary Judgment in excess of twenty (20) pages, but no more than **thirty-five (35) pages** in length.

(2) The Plaintiff has up to and including **February 11, 2011**, to file a response to the Defendant's Motion for Summary Judgment.

**DONE AND ORDERED** at Fort Myers, Florida, this ___24th___ day of January, 2011.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record