UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOYCE TOWNSEND,

            Plaintiff,

-vs-                                  Case No. 2:10-cv-59-FtM-29SPC

HOSPITAL BOARD OF DIRECTORS OF LEE
COUNTY, a political subdivision of the State of
Florida, doing business as Lee Memorial Health
System,

            Defendant.
_____

**ORDER**

      This matter comes before the Court on the Defendant, Lee Memorial Health System's Unopposed Motion to Conduct Pretrial Conference Electronically (Doc. #68) filed on March 21, 2011. Pursuant to Local Rule 3.01(g), the Defendant conferred with the Plaintiff who does not oppose the Motion. The Motion is now ripe for review.

      This Court's Case Management and Scheduling Order (Doc. # 23) plainly states that "lead trial counsel for all parties and any unrepresented parties, shall meet together, **in person** pursuant to Local Rule 3.06(b) in a good faith effort to: settle the case . . . ; stipulate to an many facts and issues as possible . . . ; tag, mark, identify, examine, copy, and list all original trial exhibits . . . ; exchange the names and addresses of all witnesses . . . ; and prepare a Joint Final Pretrial Statement . . . ." (Doc. #23, §III(A)(1-5)) (emphasis in original). Although the Court understands the inconveniences that come with in person conferences, an in person pretrial conference creates a more efficient and effective communication between the parties as they prepare for trial.

Accordingly, it is now

**ORDERED:**

The Defendant, Lee Memorial Health System's Unopposed Motion to Conduct Pretrial Conference Electronically (Doc. #68) is **DENIED**.  The parties shall conduct their Pretrial Conference in person.

**DONE AND ORDERED** at Fort Myers, Florida, this   23rd    day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record